COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-13-00915-CR

Style:     Joshua Booker-Lomax

    **v** The State of Texas

Date motion filed[*]:     November 13, 2013

Type of motion:     Motion for extension to file Anders response

Party filing motion:     Appellant's counsel

Document to be filed:     Appellant's Anders response

If motion to extend time:

    Original due date:     December 13, 2013

    Number of extensions granted:     0     Current Due date: December 13, 2013

    Date Requested:     120 days or March 4, 2014

Ordered that motion is:

☐     Granted

☒     Denied

☐     Other: _____

**Appellant's response to counsel's Anders brief is due 30 days from the date the Anders brief was filed, or on December 13, 2013. The motion filed by counsel is therefore premature, and appellant may file a pro se motion for extension of time if such a motion is necessary. Further, granting the motion for the reasons provided—appellant is "unlettered in the law" and is incarcerated—would effectively negate the original filing deadline for an Anders response for all incarcerated appellants, as they apply equally to every incarcerated appellant. Accordingly, the motion is denied.**

Judge's signature:/s/Chief Justice Sherry Radack

         ☒ Acting individually     ☐ Acting for the Court

Panel consists of_____

Date: November 21, 2013

November 7, 2008 Revision